IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00721-BNB

CLARENCE WALKER,

    Plaintiff,

v.

CONNOR,
WOOD,
HARRIS, and
SALAS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 02 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Clarence Walker, an inmate at the Denver County Jail, initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On April 13, 2010, Mr. Walker filed an amended Prisoner Complaint. In an order filed on April 27, 2010, Magistrate Judge Boyd N. Boland directed Mr. Walker to file a second amended complaint that includes specific factual allegations in support of each asserted claim if he wishes to pursue his claims in this action. Mr. Walker was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

On May 4, 2010, the copy of Magistrate Judge Boland's April 27 order that was mailed to Mr. Walker at the Denver County Jail address he provided was returned to the Court undelivered. The returned envelope bears a sticker that reads "RETURN TO

SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD, RETURN TO SENDER." The returned envelope also bears two stamps that read "RTS" and "RELEASED." Mr. Walker has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within five days of any change of address or telephone number. Mr. Walker has failed to comply with the Court's local rules and, as a result, he has failed to file a second amended complaint as directed. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this __1st__ day of __June__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00721-BNB

Clarence Walker
Prisoner No. 402871
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/2/10

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                     Deputy Clerk